PROB 35A

**Order
Closing Case Due to Notice of Death**



UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

JAN - 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | Docket Number: 2:00CR00586-02 |
| Richard Dale Earnest ) | 2:01CR00388-01 |
| ) | |

On November 14, 2001, the above-named defendant was sentenced to 100 months Bureau of Prisons with 36 months of supervised release to follow. On February 7, 2008, our office was notified by the Bureau of Prisons that Mr. Earnest died on February 6, 2008. (attached is a copy of the Certificate of Death).

It is accordingly recommended that this case be closed.

Respectfully submitted,

*Karen A. Meusling*

KAREN A. MEUSLING
Supervising United States Probation Officer

**ORDER OF COURT**

It is ordered that this case be closed this 9 day of January, 2009.

*William B. Shubb*

William B. Shubb
Senior United States District Judge

Attachment

cc:  United States Attorney & FLU
     Clerk's Office - Financial

Rev. 7/98
PROB35A.MRG

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DURHAM COUNTY
## REGISTER OF DEEDS
### DURHAM, NORTH CAROLINA

**COPY 1 STATE COPY**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
NC VITAL RECORDS
**MEDICAL EXAMINER'S CERTIFICATE OF DEATH**

Registration District No. 032-00  Local No. 385

2008000371

1. DECEDENT'S NAME: Richard Earnest — Richard Dale Earnest
2. SEX: M
3. DATE OF DEATH: 2/6/08
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Years): 57
6. DATE OF BIRTH: 6/29/50
7. BIRTHPLACE: Wexford, UK
8. WAS DECEDENT EVER IN U.S. ARMED FORCES: No
9a. PLACE OF DEATH: Other (Prison)
9b. FACILITY NAME: FMC / FCI
9c. CITY: Butner
9d. INSIDE CITY LIMITS: No
9e. COUNTY OF DEATH: Durham
10. MARITAL STATUS: Never Married
13a. RESIDENCE—STATE: NC
13b. COUNTY: Granville
13c. CITY: Durham
13d. STREET AND NUMBER: Old NC Hwy 75
13e. INSIDE CITY LIMITS: No
13f. ZIP CODE: 27509
15. HISPANIC ORIGIN: No
16. RACE: White
17. EDUCATION: 12
18. FATHER'S NAME: Mack Edward Earnest
19. MOTHER'S NAME: Donna Clark
19a. INFORMANT'S NAME: FCI: Inmate Records-M Hobgood
19b. MAILING ADDRESS: P.O. Box 999 Butner, NC 27509

**CAUSE OF DEATH**

Part I.
a. IMMEDIATE CAUSE: End-stage liver disease
b. DUE TO: Hepatitis B & Hepatitis C

PART II. Other significant conditions: Hypertension

21a. AUTOPSY PERFORMED: No
21b. AUTOPSY FINDINGS AVAILABLE: No

MANNER OF DEATH: Natural

22g. TIME OF DEATH: 11:55 AM

23a. Signature: D. [signature] MD OCME
23b. DATE SIGNED: 2/6/08
24a. NAME: Daniel C. Zedek MD OCME
24b. DATE PRONOUNCED DEAD: 2/6/08

25a. METHOD OF DISPOSITION: Cremation
25b. PLACE OF DISPOSITION: Westover Crem. Svc
25c. LOCATION: Danville, VA 24540
26a. FUNERAL HOME: Professional Mortuary Svc, 612 Trent Drive Durham, NC 27705
26b. FUNERAL DIRECTOR: Lester S Sandlin
26c. LICENSE NUMBER: FSL712
27. REGISTRAR'S SIGNATURE: [signature]
28. DATE FILED: 2-22-2008

---

**0070403**

## NORTH CAROLINA – Durham County

The foregoing is a true and accurate copy as recorded in the office of the Register of Deeds of Durham County, Durham, N.C.

Witness by my hand and official seal this 22 ND day of February 2008.

**WILLIE L. COVINGTON**
Register of Deeds

By: [signature]
Assistant/Deputy Register of Deeds



HartSecure Banknote Paper — THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK